**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AIDRUS M.,

Petitioner,

v.

TODD BLANCHE, Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID VENTURELLA, Acting Director, Immigration & Customs Enforcement; DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration & Customs Enforcement; and JOEL BROTT, Sheriff, Sherburne County,

Respondents.

Case No. 26-CV-3647 (ECT/JFD)

**ORDER**

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Aidrus M. within 7 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. Petitioner must file a reply to respondents' answer, and Petitioner must do so within 7 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED.

Date: August 18, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge