**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AIDRUS M.M.,

Petitioner,

v. Case No. 26-2086 (JRT/DTS)

SHERBURNE COUNTY JAIL and

UNITED STATES OF AMERICA

Respondents.

___________________________

AIDRUS M.M.,

Petitioner,

v. Case No. 26-3647 (ECT/JFD)

TODD BLANCHE, *Attorney General of the United States*

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*,

DAVID *VENTURELLA*, *Acting Director, U.S. Immigration and Customs Enforcement;*

DAVID EASTERWOOD, *in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement*;

JOEL BROTT, *Sherriff, Sherburne County*,

Respondents.

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 26-2086 (JRT/DTS) having been assigned to Judge John R. Tunheim and Magistrate Judge David T. Schultz and Case No. 26-3647 (ECT/JFD) having later been assigned to Chief Judge Eric C. Tostrud and Magistrate Judge John F. Docherty and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-3647 (ECT/JFD) be assigned to Judge John R. Tunheim and Magistrate Judge David T. Schultz, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Order for Assignment of Cases filed May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 18, 2026

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

Dated: August 19, 2026

s/ Eric C. Tostrud
ERIC C. TOSTRUD
United States District Chief Judge